# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-17-00360-CV

**George Allibone M.D., Appellant**

**v.**

**Mari Robinson J.D., in her Official Capacity as Executive Director of the Texas Medical Board; Juanita Garner, Investigator of the Texas Medical Board; Michael Arambula M.D., Pharm. D., in his Official Capacity as member of the Texas Medical Board; Julie K. Attebury, in her Official Capacity as member of the Texas Medical Board; David Baucom, in his Official Capacity as member of the Texas Medical Board; Frank Denton, in his Official Capacity as member of the Texas Medical Board; John Ellis Jr., J.D., in his Official Capacity as member of the Texas Medical Board; Carlos L. Gallardo, in his Official Capacity as member of the Texas Medical Board; Manuel Guajardo M.D., in his Official Capacity as member of the Texas Medical Board; John Guerra D.O., in his Official Capacity as member of the Texas Medical Board; Scott Holiday D.O., in his Official Capacity as member of the Texas Medical Board; Margaret McNeese M.D., in her Official Capacity as member of the Texas Medical Board; Allan Shulkin M.D., in his Official Capacity as member of the Texas Medical Board; Robert D. Simonson D.O., in his Official Capacity as member of the Texas Medical Board; Wayne M. Snoots M.D., in his Official Capacity as member of the Texas Medical Board; Karl Swann M.D., in his Official Capacity as member of the Texas Medical Board; Paulette Barker Southard, in her Official Capacity as member of the Texas Medical Board; Surendra K. Varma M.D., in his Official Capacity as member of the Texas Medical Board; Stanley Wang M.D., in his Official Capacity as member of the Texas Medical Board; Timothy Webb J.D., in his Official Capacity as member of the Texas Medical Board; and George Willeford III, in his Official Capacity as member of the Texas Medical Board, Appellees**

---

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT
### NO. D-1-GN-16-002970, HONORABLE DARLENE BYRNE, JUDGE PRESIDING

---

## O R D E R

**PER CURIAM**

On June 29, 2017, we remanded the case to the trial court and directed the trial court on an expedited basis to determine the type and amount of security necessary to preserve the status quo during the pendency of this appeal and to enter an appropriate order pertaining to the security that appellant George Allibone M.D. must post. See Tex. R. App. P. 24.4(d) (authorizing appellate court to remand to trial court for taking of evidence). We further directed the trial court on an expedited basis to file a clerk's record with its order pertaining to the security that must be posted.

The trial court has provided this Court with a copy of its order pertaining to the security that Allibone must post. Thus, we reinstate this case and lift our stay of the enforcement of the trial court's May 15 order and judgment. *See* Tex. R. App. P. 24.4(c) (authorizing appellant court to issue temporary orders necessary to preserve parties' rights). We further designate this case accelerated and expedited because of the public interest involved and set deadlines going forward as follows:

- The clerk's record is due on or before ten days after the date of this order.

- Appellant's brief is due on or before twenty days after the date the clerk's record is filed.

- Appellees' brief is due on or before twenty days after the date appellant's brief is filed.

- Appellant's reply brief is due on or before twenty days after the date appellees' brief is filed.

No extensions of time will be granted. *See* Tex. R. App. P. 2 (allowing appellate court to suspend rules to expedite decision), 38.6(d) (authorizing shortening of time for filing briefs in interest of justice).

It is ordered on August 2, 2017.


Before Chief Justice Rose, Justices Goodwin and Field